UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 18 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH<br>Camp Delta Guantanamo Bay<br>Washington, D.C. 20355<br><br>Petitioner<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States<br><br>DONALD RUMSFELD,<br>Secretary, United States Department of Defense<br><br>ARMY BRIG. GEN. JAY HOOD<br>Commander, Joint Task Force-GTMO<br><br>ARMY COL. BRICE GYURISKO<br>Commander, Joint Detention Operations Group, JTF - GTMO | Leave to file without Prepayment of Cost **GRANTED**<br><br>*Royce C. Lamberth*<br><br>Civil Action No.<br><br>CASE NUMBER: 1:05CV0994<br><br>JUDGE: ROYCE LAMBERTH<br><br>DECK TYPE: HABEAS CORPUS/2255<br><br>DATE STAMP: 05/18/05 |

PETITION FOR WRIT OF HABEAS CORPUS

PETITIONER: Kasimbekov Komoliddin Tohirjanovich          Date: 11 Mar 05

(Rahman, Abdul – name shown on ID card)

I, Kasimbekov Komoliddin Tohirjanovich, was captured by U.S. forces in Afghanistan on May 1st, 2002. At the end of 2004 I was determined as an enemy combatant. Since I don't consider myself as an enemy towards USA and its alliances, please review my case.

NOTE: This is not an official translation.



APPROVED BY
US FORCES

MAR - 3 2005

JTF/ JDOG S-2
GUANTANAMO BAY, CUBA

GUAN-2005-T 01338

ISN 671

PETITIONER: (DETAINEE'S NAME)

Косимбеков Камоладдин Тохиржонович

Мен Қосимбеков Комолиддин Тохиржонович 2002 йил 1 май куни АҚШ томонидан Афғонистонда қамоққа олиндим 2004 йил охиридо душман жангчиси сифатида айбландим мен ўзимни АҚШ ва унинг иттифоқдошларига хеч қандай душманлигим бўлмагани сабабли мени (делами) ишларими қайто қуриб тинишиштизни талаб қиламан

APPROVED BY
US FORCES

MAR 5 2005

JTF/ JDOG S-2
GUANTANAMO BAY, CUBA

**RECEIVED**

APR 13 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signed: _____    Date: 11 Mar. 05

ATCH 1

GUAN-2005-T 01338

ISN 675