CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KASIMBEKOV KOMOLIDDIN      )
   TOHIRJANOVICH           )
                                          )
               Plaintiff   )
     v.                             )   Civil Case Number 05-0994 (JDB)
                                          )
GEORGE W. BUSH, President of the    )     Category G
   United States, et al.                )
              Defendant            )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>June 9, 2005</u>, from <u>Judge Royce C. Lamberth</u> to <u>Judge John D. Bates</u> by direction of the Calendar Committee.

(Case transferred by consent.)

                                       <u>JUDGE GLADYS KESSLER</u>
                                       Chair, Calendar and Case
                                       Management Committee

cc:    <u>Judge Lamberth</u> & Courtroom Deputy
        <u>Judge Bates</u> & Courtroom Deputy
        Chair, Calendar and Case Management Committee
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk ✓
        Statistical Clerk