IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH,** Petitioner, | : : : : : : | CIVIL ACTION (Habeas Corpus) |
| v. | : : : | |
| **GEORGE W. BUSH,** *et al.*, Respondents. | : : : : | No. 05-cv-00994 (JDB) |

NOTICE OF FILING MEMORANDA OF UNDERSTANDING AND
ACKNOWLEDGMENT TO THE AMENDED PROTECTIVE ORDER

Petitioner hereby give notice to all parties of the filing of the attached *Memoranda of Understanding Regarding Access to Classified National Security Information* and signed *Acknowledgments* of all undersigned counsel.

Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Shawn Nolan (PA 56535)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated:  November 23, 2005

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7144
Washington, DC 20529-0001

/s/Billy H. Nolas
Billy H. Nolas

Dated:  November 23, 2005