IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH,** *Petitioner,* | : : : : : : | **CIVIL ACTION** **(Habeas Corpus)** |
| *v.* | : : | |
| **GEORGE W. BUSH,** **President of the United States,** *et al.,* **Respondents.** | : : : : : : : | **No. 05-cv-00994 (JDB)** |

### MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)     I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Kasimbekov Komoliddin Tohirjanovich v. George W. Bush, et al., No. 05-cv-00994.

(2)      I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)      I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Kasimbekov Komoliddin Tohirjanovich v. George W. Bush, et al., No. 05-cv-00994, and I agree to comply with the provisions thereof.


_Billy H Nolas_
BILLY H. NOLAS

_11-23-05_
Date


_____
Date

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that he/she has read the Protective Order entered

in the United States District Court for the District of Columbia in the case captioned Kasimbekov

Komoliddin Tohirjanovich v. George W. Bush, et al., No. 05-cv-00994, understands its terms,

and agrees to be bound by each of those terms.  Specifically, and without limitation, the

undersigned agrees not to use or disclose any protected information or documents made available

to him/her other than as provided by the Protective Order.  The undersigned acknowledges that

his/her duties under the Protective Order shall survive the termination of this case and are

permanently binding, and that failure to comply with the terms of the Protective Order may result

in the imposition of sanctions by the Court.


DATED: _11-23-05_                BY: ___BILLY H. NOLAS_____

                                 SIGNED: _Billy H Nola_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KASIMBEKOV KOMOLIDDIN**<br>**TOHIRJANOVICH,**<br>Petitioner, | : : : : : : | **CIVIL ACTION**<br>**(Habeas Corpus)** |
| *v.* | : : | |
| **GEORGE W. BUSH,**<br>**President of the United**<br>**States,** *et al.,* | : : : | **No. 05-cv-00994 (JDB)** |
| Respondents. | : : : : | |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Kasimbekov Komoliddin Tohirjanovich v. George W. Bush, et al., No. 05-cv-00994.

(2)    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Kasimbekov Komoliddin Tohirjanovich v. George W. Bush, et al., No. 05-cv-00994, and I agree to comply with the provisions thereof.


_____        _____
MAUREEN K. ROWLEY                        11·23·05
                                         Date


_____        _____
                                         Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Kasimbekov Komoliddin Tohirjanovich v. George W. Bush, et al., No. 05-cv-00994, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.


DATED: _11·23·05_         BY: ___MAUREEN ROWLEY___


SIGNED: _Maureen Rowley_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH, Petitioner, | : : : : | CIVIL ACTION (Habeas Corpus) |
| v. | : : : | |
| GEORGE W. BUSH, President of the United States, *et al.*, Respondents. | : : : : : : | No. 05-cv-00994 (JDB) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly

authorized by the Protective Order entered in the United States District Court for the District of

Columbia in the case captioned Kasimbekov Komoliddin Tohirjanovich v. George W. Bush, et

al., No. 05-cv-00994.

      (2)     I agree that this Memorandum of Understanding and any other non-disclosure

agreement signed by me will remain forever binding on me.

      (3)     I have received, read, and understand the Protective Order entered by the United

States District Court for the District of Columbia in the case captioned Kasimbekov Komoliddin

Tohirjanovich v. George W. Bush, et al., No. 05-cv-00994, and I agree to comply with the

provisions thereof.


_____          _____
CRISTI CHARPENTIER                  11/23/2005
                                    Date


_____          _____
                                    Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Kasimbekov Komoliddin Tohirjanovich v. George W. Bush, et al., No. 05-cv-00994, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: _11/23/2005_                    BY:    CRISTI CHARPENTIER

                                       SIGNED:    _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDUL HAKIM ABDUL KARIM AMIN BUKHARI,** | : | **CIVIL ACTION** |
| | : | **(Habeas Corpus)** |
| **Petitioner,** | : | |
| | : | |
| *v.* | : | **No. 1:05-cv-01241-RMC** |
| | : | **JUDGE ROSEMARY COLLYER** |
| **GEORGE W. BUSH,** | : | |
| **President of the United States,** *et al.,* | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)      I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241.

(2)     I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, and I agree to comply with the provisions thereof.


_____               _____
DAVID McCOLGIN                            Date


_____               _____
                                          Date


2

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, understands its terms, and agrees to be bound by each of those terms.  Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order.  The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.


DATED:  11/23/05                           BY:  ___DAVID McCOLGIN_____

                                        SIGNED: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH,** Petitioner, | : : : : : : | **CIVIL ACTION** (Habeas Corpus) |
| *v.* | : : | |
| **GEORGE W. BUSH, President of the United States,** *et al.*, Respondents. | : : : : : : : : | **No. 05-cv-00994 (JDB)** |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

    (1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly

authorized by the Protective Order entered in the United States District Court for the District of

Columbia in the case captioned Kasimbekov Komoliddin Tohirjanovich v. George W. Bush, et

al., No. 05-cv-00994.

(2)      I agree that this Memorandum of Understanding and any other non-disclosure

agreement signed by me will remain forever binding on me.

(3)      I have received, read, and understand the Protective Order entered by the United

States District Court for the District of Columbia in the case captioned Kasimbekov Komoliddin

Tohirjanovich v. George W. Bush, et al., No. 05-cv-00994, and I agree to comply with the

provisions thereof.


_____          11/23/05
SHAWN NOLAN                                Date


_____          _____
                                           Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Kasimbekov Komoliddin Tohirjanovich v. George W. Bush, et al., No. 05-cv-00994, understands its terms, and agrees to be bound by each of those terms.  Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order.  The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.


DATED: _11/23/05_


BY: ___SHAWN NOLAN_____

SIGNED: _/Shawn Nolan_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH,** Petitioner, | : : : : : | **CIVIL ACTION** **(Habeas Corpus)** |
| *v.* | : : | |
| **GEORGE W. BUSH,** **President of the United States,** *et al.,* | : : : : | No. 05-cv-00994 (JDB) |
| Respondents. | : : : : | |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly

authorized by the Protective Order entered in the United States District Court for the District of

Columbia in the case captioned Kasimbekov Komoliddin Tohirjanovich v. George W. Bush, et

al., No. 05-cv-00994.

(2)     I agree that this Memorandum of Understanding and any other non-disclosure

agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the United

States District Court for the District of Columbia in the case captioned Kasimbekov Komoliddin

Tohirjanovich v. George W. Bush, et al., No. 05-cv-00994, and I agree to comply with the

provisions thereof.


_Mark Wilson_
MARK WILSON

_November 25, 2005_
Date


_____
Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Kasimbekov Komoliddin Tohirjanovich v. George W. Bush, et al., No. 05-cv-00994, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: _11/23/05_             BY:   _MARK WILSON_____

                                        SIGNED: _Mark Wilson_____