IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | )  Civil Action No. 05-CV-0994 (JDB)<br>) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | )<br>)<br>)<br>) |
| Respondents. | )<br>) |

**<u>(PROPOSED) ORDER</u>**

Having considered Respondents' Motion to Stay Production of Factual Return, it is hereby

ORDERED that Respondents' Motion is GRANTED. Respondents' obligation to produce a factual return is stayed pending resolution of the effect of the Detainee Treatment Act of 2005 on this case.

IT IS SO ORDERED.


Dated: _____          _____
                                                                    United States District Judge