IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH,**<br>    Petitioner,<br><br>    *v.*<br><br>**GEORGE W. BUSH,** *et al.*,<br>    Respondents. | CIVIL ACTION<br>(Habeas Corpus)<br><br><br><br>No.  05-cv-00994 (JDB) |

**(PROPOSED) ORDER**

　　AND NOW, this _____ day of _____, 2006, it is hereby ORDERED that the Respondents' Motion to Stay Production of Factual Return is DENIED.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable John D. Bates
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge