IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH,**  Petitioner, | CIVIL ACTION (Habeas Corpus) |
| v. | |
| **GEORGE W. BUSH,** *et al.*,  Respondents. | No. 05-cv-00994 (JDB) |

**(PROPOSED) ORDER**

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED that the Respondents' Motion to Stay Production of Factual Return is HELD IN ABEYANCE. The Court's ORDER of December 9, 2005, remains in effect.

BY THE COURT

_____
Honorable John D. Bates
United States District Court Judge