IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH,**<br>    Petitioner,<br><br>*v.*<br><br>**GEORGE W. BUSH,** *et al.*,<br>    Respondents. | CIVIL ACTION<br>(Habeas Corpus)<br><br><br><br>No.  05-cv-00994 (JDB) |

**(PROPOSED) ORDER**

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED that the Respondents' provide counsel with factual returns by March ___, 2006.


BY THE COURT

_____
Honorable John D. Bates
United States District Court Judge