IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH,** Petitioner, | : : : : : | CIVIL ACTION (Habeas Corpus) |
| v. | : : | |
| **GEORGE W. BUSH**, *et al.*, Respondents. | : : : : | No. 05-cv-00994 (JDB) |

NOTICE OF FILING

Petitioner hereby notifies the Court and Respondent that *Petitioner's Motion to Maintain Stay and Hold Proceedings in Abeyance* has been sent by Federal Express to the Court Security Officer for delivery on April 11, 2007 at 12:00 pm.

    Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Matthew Lawry (PA 87221)
Shawn Nolan (PA 56535)
Brett Sweitzer (PA 82601)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated: April 10, 2007