IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH,**<br>    Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.*,<br>    Respondents. | CIVIL ACTION<br>(Habeas Corpus)<br><br><br><br>No.  05-cv-00994 (JDB) |

NOTICE OF FILING

Petitioner hereby notifies the Court and Respondent that *Petitioner's Opposition to Respondents' Motion to Dismiss Habeas Petition for Lack of Jurisdiction* has been sent by Federal Express to the Court Security Officer for delivery on April 27, 2007 at 12:00 pm.

                              Respectfully submitted,

                              /s/Billy H. Nolas
                              Billy H. Nolas (DC 399275; PA 83177)
                              Assistant Federal Defender
                              Maureen Rowley (PA 33020)
                              Chief Federal Defender
                              David McColgin (PA 42963)
                              Supervising Appellate Assistant Federal Defender
                              Cristi Charpentier (PA 62055)
                              Shawn Nolan (PA 56535)
                              Mark Wilson (PA 26887)
                              Assistant Federal Defenders
                              Federal Community Defender Office for the
                              Eastern District of Pennsylvania
                              601 Walnut Street, Suite 545 West
                              Philadelphia, PA 19106
                              (215) 928-0520; (215) 928-1100

Dated:   April 26, 2007