IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH** <br> Guantanamo Bay Naval Station, <br> Guantanamo Bay, Cuba <br> Petitioner <br><br> V. <br><br> **GEORGE W. BUSH, et. al.** <br> President of the United States <br> The White House <br> 1600 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20500; | CIVIL ACTION <br> (HABEAS CORPUS) <br><br> No:   05-CV-00994 (JDB) <br><br> JUDGE JOHN D. BATES |

## NOTICE OF FILING

Petitioner hereby notifies the Court and Respondent that *Petitioner's Motion to Lift the Stay of Proceedings and Set as Scheduling Conference* has been sent by Federal Express to the Court Security Officer for delivery on June 19, 2008 at 12:00 pm.

          Respectfully submitted,

          /s/Billy H. Nolas
          Billy H. Nolas (DC 399275; PA 83177)
          Assistant Federal Defender
          Maureen Rowley (PA 33020)
          Chief Federal Defender
          David McColgin (PA 42963)
          Supervising Appellate Assistant Federal Defender
          Cristi Charpentier (PA 62055)
          Shawn Nolan (PA 56535)
          Mark Wilson (PA 26887)
          Assistant Federal Defenders
          Federal Community Defender Office for the
          Eastern District of Pennsylvania
          601 Walnut Street, Suite 545 West
          Philadelphia, PA 19106
          (215) 928-0520; (215) 928-1100

Dated: June 18, 2008

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001

/s/Billy H. Nolas
Billy H. Nolas

Dated: June 18, 2008