IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH** <br> Guantanamo Bay Naval Station, <br> Guantanamo Bay, Cuba <br>       Petitioner <br><br> V. <br><br> **GEORGE W. BUSH, et. al.** <br>     President of the United States <br>     The White House <br>     1600 Pennsylvania Avenue, N.W. <br>     Washington, D.C. 20500; | CIVIL ACTION <br> (HABEAS CORPUS) <br><br> No:    05-CV-00994 (JDB) <br><br> JUDGE JOHN D. BATES |

**ORDER**

For the reasons set forth in Petitioner's Motion to Lift the Stay of Proceedings and Set a Scheduling Conference, the Court hereby GRANTS Petitioner's Motion.

The stay is vacated and the case is ordered reopened. The Court will conduct a status conference on _____, 2008, at ____.

 

_____
HONORABLE JOHN D. BATES
United States District Judge