**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH,** | |
| Petitioner, | |
| v. | Civil Action No.   05-0994 (JDB) |
| **GEORGE W. BUSH, et al.,** | Misc. No.   08-0442 (TFH) |
| Respondents. | |

## ORDER

Upon consideration of Consent Motion to Stay Proceedings, it is hereby ORDERED that the motion is GRANTED and the habeas proceedings in this case are STAYED; it is further

ORDERED that the September 11, 2008 Protective Order and 30-day Notice Order previously entered in this case by Judge Thomas Hogan shall continue in effect; it is further

ORDERED that either party may move to lift the stay at any time.

/s/
JOHN D. BATES
United States District Judge

Dated:  November 20, 2008